UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA23CV02637-SPG-PD | Date | February 26, 2024 |
|---|---|---|---|
| Title | Adrian Zavala v. First Advantage Background Services Corp. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

    The below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before March 11, 2024,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

    Plaintiff obtained entry of default as to Defendant **Ashcott, LLC**, pursuant to Fed. R. Civ. P. 55(a), but Plaintiff has not sought default judgment, pursuant to Fed. R. Civ. P. 55(b). Plaintiff can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

    **IT IS SO ORDERED**.

| | : | |
|---|---|---|
| | Initials of Preparer | pg |