JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ZAVALA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., AND ASHCOTT, LLC<br><br>　　　　Defendants. | Case No. 2:23-cv-02637-SPG-PD<br><br>**JUDGMENT** |

　　　Pursuant to the Order Granting, In Part, and Denying, In Part, Plaintiff's Requested Default Damages Award (ECF No. 100), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in this case as follows:

　　　1.　Awarding Plaintiff damages in the amount of $53,000;

　　　2.　Awarding Plaintiff attorney's fees in the amount of $30,260; and

　　　3.　Awarding Plaintiff costs in the amount of $4,594.

//
//

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgement for one (1) year from the date of this Judgment.

**IT IS SO ORDERED.**

DATED: October 20, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE